IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES WEINACKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-314-TFM-MU |
| | ) |
| **WAHL CLIPPER CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

In accordance with the Memorandum Opinion and Order issued this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendant's motion to dismiss (Doc. 26, filed 12/30/22) is **GRANTED** and this case is **DISMISSED with prejudice**. Defendant's request for costs and attorneys' fees are **DENIED**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of August, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE